[No. 12093-7-III.   Division Three.   June 10, 1993.]

PATRICIA C. McDONALD, *Respondent,* v. VALLEY FORD
SALES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima
County, No. 88-2-01665-7, Robert N. Hackett, Jr., J., entered
December 9, 1991. *Reversed and remanded in part* and
*vacated in part* by unpublished per curiam opinion.

[No. 29279-0-I.   Division One.   June 14, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDRE
N. TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 91-8-02257-9, Terrence A. Carroll, J., entered
August 23, 1991. *Affirmed* by unpublished per curiam opin-
ion.

[No. 29721-0-I.   Division One.   June 14, 1993.]

*In the Matter of the Marriage of* DEBRA ANN JENNESS,
*Appellant, and* RICHARD LYNN JENNESS,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 87-3-05754-6, Jim Bates, J., entered October 22,
1991. *Remanded with instructions* by unpublished opinion
per Forrest, J., concurred in by Grosse and Kennedy, JJ.

[No. 28971-3-I.   Division One.   June 14, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. MIGUEL
JIMINEZ REYES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88-1-03896-8, R. Joseph Wesley, J., entered
August 6, 1991. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Pekelis, A.C.J., and Coleman, J.